

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Gary F. Smith

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**v.**

Jay Michael DeBoyer

Jocelyn Michelle Benson

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case: 2:22-cv-11572
Judge: Edmunds, Nancy G.
MJ: Altman, Kimberly G.
Filed: 07-12-2022
CMP SMITH v. DEBOYNER, ET AL (tt)

Jury Trial: ☑ Yes ☐ No
*(check one)*

F I L E D
JUL 1 2 2022
U.S. DISTRICT COURT
FLINT, MICHIGAN

# Complaint for a Civil Case

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

## I.      The Parties to This Complaint

### A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Gary F. Smith |
| Street Address | 5310 Bart Dr. |
| City and County | Casco Township St.Clair County |
| State and Zip Code | Michigan 48064 |
| Telephone Number | (810) 278-0927 |
| E-mail Address | notifygary@protonmail.com |

### B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Jay Michael DeBoyer |
| Job or Title (if known) | St.Clair County Clerk |
| Street Address | 8060 Anchor Bay Dr. |
| City and County | Clay Township St.Clair County |
| State and Zip Code | 48001 |
| Telephone Number | 8103352908 |
| E-mail Address (if known) | jaydeboyer@jaydeboyer.com |

Defendant No. 2

| | |
|---|---|
| Name | Jocelyn Michelle Benson |
| Job or Title (if known) | Secretary of State |
| Street Address | 430 W. Allegan St., 4th Fl. |
| City and County | City of Lansing Ingham County |
| State and Zip Code | Michigan 48918 |
| Telephone Number | (313) 409-9737 |
| E-mail Address (if known) | jocelyn@votebenson.com |

2

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

Defendant No. 3

Name _____

Job or Title _____
(if known)

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

Defendant No. 4

Name _____

Job or Title _____
(if known)

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

3

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

**A.      If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

52 USC§20701. Retention and preservation of records and papers by officers of elections; deposit with custodian; penalty for violation.

52 USC§20702. Theft, destruction, concealment, mutilation, or alteration of records or papers; penalties.

**B.      If the Basis for Jurisdiction Is Diversity of Citizenship**

1.      The Plaintiff(s)

    a.      If the plaintiff is an individual

        The plaintiff, *(name)* _____,
is a citizen of the State of *(name)* _____.

    b.      If the plaintiff is a corporation

        The plaintiff, *(name)* _____,
is incorporated under the laws of the State of *(name)*
_____, and has its principal place of business in the
State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.      The Defendant(s)

    a.      If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of the
State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

    b.      If the defendant is a corporation

        The defendant, *(name)* _____, is incorporated
under the laws of the State of *(name)* _____, and
has its principal place of business in the State of *(name)*
_____. *Or* is incorporated under the laws of
*(foreign nation)* _____, and has its principal place
of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

3.  The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:
$0.00

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Under 52 USC §20701 Jay DeBoyer and Jocelyn Benson are required by federal law to "retain and preserve all records and papers which come into his possession relating to any application, registration, payment of poll tax, or other act requisite to voting in such election." (1) When comparing Jay DeBoyer's St.Clair county records of the 2020 election to the thirty-one local clerk's records of the 2020 election there are substantial discrepancies in number of ballots cast and number of registered voters on November 3rd, 2020. (2) January 11th, 2021 Jocelyn Benson and Jay DeBoyer began to conduct an unconstitutional "risk-limiting audit" to ensure the accuracy and integrity of the 2020 election. When conducting this "risk-limiting audit" Jocelyn Benson and Jay DeBoyer only bothered to look at less than 5% of all the total ballots cast in St.Clair County. Neither accuracy or integrity of the 2020 election can be obtained if less than 5% of all the ballots cast are checked for accuracy and integrity. This action directly violates my rights as a voter in article II §5 (h) of the Michigan State Constitution. (3) Jocelyn Benson and Jay DeBoyer also participated in "preventative maintenance" in July of 2021 where voting machines had batteries removed from them county-wide. This resulted in voting machines across St.Clair County to be reset to their factory settings. Thus, deleting the 2020 election records remaining on the hardware end of tabulators effected by this "preventative maintenance." Directly violating federal law that requires them to keep the records and papers retained for twenty-two months. (4) According to a FOIA request satisfied by a local clerk in Cottrellville Township, Jocelyn Benson's state run "Qualified Voter File" includes registered voters going all the way back to January 1st, 1800 to participate in local elections. A clear act of negligence and maladministration of an election. (5) Michigan Contract No. 071B7700117 has been violated by Dominion Voting Systems Inc. The contract requires tabulators to be " newly manufactured from Plano, Texas". FedEx tracking numbers associated with tabulators purchased in Antrim County Michigan prove violations. (6) The office of St.Clair County clerk is delinquent on a critical Freedom of Information Act Request seeking unredacted email communications between Secretary of State and St.Clair County Clerk.

5

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The integrity of the state qualified voter file is delinquent and the procedures in place are clearly not sufficient to ensure the integrity of our elections going forward. Without confidence in the integrity of the qualified voter file, citizens have no reason to have confidence in the ballots allocated on the basis of the information in the qualified voter file. Without confidence in the ballots which are tabulated, citizens have no reason to believe the vote tallies based upon these ballots. The preservation of records necessary to evaluate this chain of custody is therefore of paramount importance for citizens to have confidence in the results of any given election. In light of the deliberate destruction of records as directed by employees under the direction of Jocelyn Benson, the defendants should be penalized for each deficient election record in accordance with USC 52 Section 20702 which features fines and imprisonment. Furthermore, any integration between the Qualified Voter File and the state ' s electronic voting systems serves no rational purpose except to facilitate a digital cover-up pertinent to the election record chain of custody. Therefore, any and all connections between the QVF and state's electronic voting systems shall be removed permanently. Independent observers including bipartisan poll challengers shall be authorized to inspect all such systems at any time and without advanced notice. (Relief sought continued on "additional information" secton.)

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: <u>July 12th</u>, 20<u>22</u>.

Signature of Plaintiff _____

Printed Name of Plaintiff <u>Gary F. Smith</u>

6

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

**Additional Information:**
Relief continued: "Furthermore, the state shall disallow any updates of the QVF by any party except for county or municipal clerks and their enumerated, authorized assistants.  Starting with the next election cycle, a copy of the state QVF in order to ensure the maintenance of voter history.  Subsequent to this copy being made, the QVF shall be purged of all voters currently registered.  All Michigan voters must re-register to vote in order to be eligible to vote in the next election cycle.  All voter registration applications must be obtained and processed by the local clerks in each jurisdiction.  The state of Michigan shall provide local clerks with state data needed to verify the identity of voters but otherwise have no role in the update or modification of voter registration records. Final relief sought includes emergency custody of all paper ballots in St.Clair county's 2020 election in order to preserve the records and papers since there is no clear record of the 2020 election in county or local records."

Evidence for claim (1) will be provided to the courts in the form of a flash drive with an excel spreadsheet and email sources for each data point comparing all 31 local clerk's records of the 2020 election to Jay DeBoyer's county record of the 2020 election. Over 150 Freedom of Information Act Requests have been requested, satisfied, and sourced to substantiate this claim against the elected franchise that presided over St.Clair county's 2020 election.
Evidence for claim (2) can be found in the public Secretary of State press release describing the " risk-limiting audit" and how it only looked at ~18,000/5,500,000 (0.32%) of all ballots cast.
Source:
https://www.michigan.gov/sos/Resources/press-releases/2021/01/11/statewide-risk-limiting-election-au
dit-process-to-begin-at-11-a-m-
Evidence for claim (3) can be witnessed in a recording of a Port Huron clerk describing the August 2021 election being exempt from the "preventative maintenance" since they had to conduct a live election and the "preventative maintenance" would have compromised the election. She also confirms in this recording that the "risk-limiting audit" did indeed take place in St.Clair County.
Source:
https://rumble.com/vjwep2-michigan-city-of-port-huron-clerk-on-election-source-july-15th-preventative
.html
Evidence for claim (4) can be found on datapoint "H21" on the "masterlist.xlsx" of local/county FOIA sourced election records. In the top-left hand corner you can clearly see how the Qualified Voter File goes back to "1/1/1800."
Evidence for claim (5) can be found in a Freedom of Information Act Request satisfied by Antrim County Clerk, this will be provided to the court as evidence. Identical Freedom of Information act requets have been satisfied by the St.Clair County Clerk's office. However the satisfied request still refused to hand over FedEx tracking numbers associated with county purchases made under State of Michigan Contract No. 071B7700117.
Evidence for claim (6) can be found in a Freedom of Information Act request sent 5,19,2022 for all unredacted email communications between Jay DeBoyer and Jocelyn Benson. Public request has been ignored and the clerk of St.Clair county is delinquent on this request in violation of Freedom of Information Act standards.

7

## PURSUANT TO LOCAL RULE 83.11

1.  Is this a case that has been previously dismissed?   ☐ Yes  ☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


2.  Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)   ☐ Yes  ☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


Notes : _____

_____

PURSUANT TO LOCAL RULE 83.11

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

County in which action arose: St.Clair

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Gary F. Smith

**DEFENDANTS**
Jay Michael DeBoyer
Jocelyn Michelle Benson

**(b)** County of Residence of First Listed Plaintiff    St.Clair
*(EXCEPT IN U.S. PLAINTIFF CASES)*

FILED
JUL 12 2022

Case: 2:22-cv-11572
Judge: Edmunds, Nancy G.
MJ: Altman, Kimberly G.
Filed: 07-12-2022
CMP SMITH v. DEBOYNER, ET AL (tt)

U.S. DISTRICT COURT
EAST. MICHIGAN

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
None

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance<br>[ ] 120 Marine<br>[ ] 130 Miller Act<br>[ ] 140 Negotiable Instrument<br>[ ] 150 Recovery of Overpayment & Enforcement of Judgment<br>[ ] 151 Medicare Act<br>[ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>[ ] 153 Recovery of Overpayment of Veteran's Benefits<br>[ ] 160 Stockholders' Suits<br>[ ] 190 Other Contract<br>[ ] 195 Contract Product Liability<br>[ ] 196 Franchise | **PERSONAL INJURY**<br>[ ] 310 Airplane<br>[ ] 315 Airplane Product Liability<br>[ ] 320 Assault, Libel & Slander<br>[ ] 330 Federal Employers' Liability<br>[ ] 340 Marine<br>[ ] 345 Marine Product Liability<br>[ ] 350 Motor Vehicle<br>[ ] 355 Motor Vehicle Product Liability<br>[ ] 360 Other Personal Injury<br>[ ] 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY**<br>[ ] 365 Personal Injury - Product Liability<br>[ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>[ ] 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>[ ] 370 Other Fraud<br>[ ] 371 Truth in Lending<br>[ ] 380 Other Personal Property Damage<br>[ ] 385 Property Damage Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881<br>[ ] 690 Other | [ ] 422 Appeal 28 USC 158<br>[ ] 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>[ ] 820 Copyrights<br>[ ] 830 Patent<br>[ ] 835 Patent - Abbreviated New Drug Application<br>[ ] 840 Trademark<br>[ ] 880 Defend Trade Secrets Act of 2016 | [ ] 375 False Claims Act<br>[ ] 376 Qui Tam (31 USC 3729(a))<br>[ ] 400 State Reapportionment<br>[ ] 410 Antitrust<br>[ ] 430 Banks and Banking<br>[ ] 450 Commerce<br>[ ] 460 Deportation<br>[ ] 470 Racketeer Influenced and Corrupt Organizations<br>[ ] 480 Consumer Credit (15 USC 1681 or 1692)<br>[ ] 485 Telephone Consumer Protection Act<br>[ ] 490 Cable/Sat TV<br>[ ] 850 Securities/Commodities Exchange<br>[ ] 890 Other Statutory Actions |
| **REAL PROPERTY**<br>[ ] 210 Land Condemnation<br>[ ] 220 Foreclosure<br>[ ] 230 Rent Lease & Ejectment<br>[ ] 240 Torts to Land<br>[ ] 245 Tort Product Liability<br>[ ] 290 All Other Real Property | **CIVIL RIGHTS**<br>[ ] 440 Other Civil Rights<br>[X] 441 Voting<br>[ ] 442 Employment<br>[ ] 443 Housing/ Accommodations<br>[ ] 445 Amer. w/Disabilities - Employment<br>[ ] 446 Amer. w/Disabilities - Other<br>[ ] 448 Education | **PRISONER PETITIONS**<br>**Habeas Corpus:**<br>[ ] 463 Alien Detainee<br>[ ] 510 Motions to Vacate Sentence<br>[ ] 530 General<br>[ ] 535 Death Penalty<br>**Other:**<br>[ ] 540 Mandamus & Other<br>[ ] 550 Civil Rights<br>[ ] 555 Prison Condition<br>[ ] 560 Civil Detainee - Conditions of Confinement | **LABOR**<br>[ ] 710 Fair Labor Standards Act<br>[ ] 720 Labor/Management Relations<br>[ ] 740 Railway Labor Act<br>[ ] 751 Family and Medical Leave Act<br>[ ] 790 Other Labor Litigation<br>[ ] 791 Employee Retirement Income Security Act<br><br>**IMMIGRATION**<br>[ ] 462 Naturalization Application<br>[ ] 465 Other Immigration Actions | **SOCIAL SECURITY**<br>[ ] 861 HIA (1395ff)<br>[ ] 862 Black Lung (923)<br>[ ] 863 DIWC/DIWW (405(g))<br>[ ] 864 SSID Title XVI<br>[ ] 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>[ ] 870 Taxes (U.S. Plaintiff or Defendant)<br>[ ] 871 IRS—Third Party 26 USC 7609 | [ ] 891 Agricultural Acts<br>[ ] 893 Environmental Matters<br>[ ] 895 Freedom of Information Act<br>[ ] 896 Arbitration<br>[ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>[ ] 950 Constitutionality of State Statutes |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
52 USC§20701. Retention and preservation of records and papers by officers of elections; deposit with custodian; penalty for violation.
Brief description of cause:
Records and papers associated with the 2020 election in St.Clair County have not been preserved or retained.

## VII. REQUESTED IN COMPLAINT:

[ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $** 0.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [X] Yes   [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*   JUDGE _____   DOCKET NUMBER _____

DATE
July 12, 2022

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____